Joel M. Feinstein, Esq. SBN: 177546
*jfeinstein@joelfeinsteinlaw.com*
Chris T. Nguyen, Esq. SBN: 259922
*chris.nguyen@joelfeinsteinlaw.com*
Law Offices of Joel M. Feinstein, APC
2021 Business Center Drive, Suite 213
Irvine, CA 92612
Tel.: (949) 419-8912
Fax: (888) 900-5155

Attorney for Plaintiff, Arnel Ganzon

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

ARNEL GANZON

           Plaintiff,

V.

WELLS FARGO BANK, N.A**;** and DOES 1-10, inclusive,

           Defendant(s).

CASE NO.: 5:14-cv-01076-CJC-PJW

[PROPOSED] ORDER TO DISMISS CASE WITH PREJUDICE

[Assigned to the Honorable Cormac J. Carney]

## ORDER

1. The Court finding that Plaintiff in its filing of the Notice of Dismissal on June 6, 2014, shall now dismiss this case in its entirety ***with prejudice.***

IT IS SO ORDERED.

DATED: June 16, 2014

Hon. Cormac J. Carney

[PROPOSED] ORDER